IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

PEDRO GILBERTO CABRERA AMADOR

CASE NO. 10-08303 BKT

Chapter 13

XXX-XX-7344

**FILED & ENTERED ON 05/14/2013**

Debtor(s)

ORDER

The motion requesting withdrawal on unclaimed funds filed by Brenda L. Pagan (docket #163) is hereby denied for failure to comply with the PR LBR 3011-1(b)(3) and/or 3011-1(b)(2)(B).

IT IS SO ORDERED.

In San Juan, Puerto Rico this 14 day of May, 2013.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR(S)
LUIS D FLORES GONZALEZ
ALEJANDRO OLIVERAS RIVERA