IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-08303 BKT

PEDRO GILBERTO CABRERA AMADOR

Chapter 13

XXX-XX-7344

FILED & ENTERED ON 8/16/13

Debtor(s)

**ORDER**

The application for payment of unclaimed funds to claimant, filed by Brenda Pagan Ventura, for the amount of $5,978.10 (docket entry #168) is hereby granted. The Clerk shall disburse the amount of $5,978.10 to Brenda Pagan Ventura.

In San Juan, Puerto Rico, this 16th day of August, 2013.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
LUIS D FLORES GONZALEZ
ALEJANDRO OLIVERAS RIVERA
FINANCE DEPT.